UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>For the use and benefit of )<br>DOTEN'S CONSTRUCTION, INC., )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>JMG EXCAVATING & CONSTRUCTION )<br>CO., INC., et al. )<br> )<br>Defendants ) | CIVIL No. 03-134-P-S |
| JMG EXCAVATING & CONSTRUCTION )<br>CO., INC., )<br>Crossclaim Plaintiff )<br> )<br>v. )<br> )<br>J.A. JONES MANAGEMENT SERVICES, )<br>INC., et al., )<br> )<br>Crossclaim Defendants ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court July 22, 2005, his Recommended Decision (Docket No. 251). Defendant/Third-Party Plaintiff Greenwich Insurance Company filed its Objection to the Recommended Decision (Docket No. 256) on August 4, 2005. Defendant JMG Excavating & Construction Co. filed its Response to Objection (Docket No. 257) on August 19, 2005.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary for decision.

It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge (Docket No. 251) is hereby <u>AFFIRMED</u>.

The motion of JMG Excavating and Construction Co., Inc. to Enforce Settlement Agreement (Docket No. 235) is <u>GRANTED</u>.

Third-Party Plaintiff's Motion for Attachment on Trustee Process (Docket No. 246) is <u>DENIED</u>.

The Motion of Greenwich Insurance Company for entry of Judgment (Docket No. 239) is deemed to be a submission indicating that the parties to the third-party complaint have been unable to agree on the amount of damages and seek resolution by the court, as contemplated by the court's Motion (Docket No. 234). It is <u>ORDERED</u> that said Motion (Docket No. 239) is <u>DENIED</u>. This matter is referred to the Magistrate Judge for further proceedings.

      /s/ George Z. Singal\_\_\_\_
      Chief U.S. District Judge

Dated this 23rd day of August, 2005