UNITED STATES DISTRICT COURT
District of Maine

**UNITED STATES OF AMERICA f/b/o
DOTEN'S CONSTRUCTION, INC.,**

    Plaintiff

v.   Civil No. 03-134-P-S

**GREENWICH INSURANCE
COMPANY,**

    Third-Party Plaintiff,

v.

**JMG EXCAVATING &
CONSTRUCTION CO., INC., et al.,**

    Third-Party Defendants

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 17, 2006, his Recommended Decision (Docket No. 280). Third-Party Defendant JMG Excavating et.al, filed their Objection to the Recommended Decision (Docket No. 281) on March 8, 2006. Third-Party Plaintiff Greenwich Insurance filed its Response to Objection (Docket No. 282) on March 27, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. Greenwich Insurance Company's Application for Award of Attorney Fees and costs (Docket No. 275) in the amount of $22,758.31 is <u>GRANTED</u>.

<u>/s/ George Z. Singal</u><br>
Chief U.S. District Judge

Dated this 30th day of March, 2006.