UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA f/b/o DOTEN'S CONSTRUCTION, INC., <br><br>  Plaintiff <br><br> v. <br><br> GREENWICH INSURANCE COMPANY, <br><br>  Third-Party Plaintiff, <br><br> v. <br><br> JMG EXCAVATING & CONSTRUCTION CO., INC., et al., <br><br>  Third-Party Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil No. 03-134-P-S |

### ORDER ON MOTION FOR FINAL JUDGMENT

Remaining before the Court is JMG Excavating & Construction Co., Inc.'s Motion Pursuant to Fed. R. Civ. P. 54(b) (Docket # 277).  In light of the Magistrate Judge's Recommended Decision on Third-Party's Application for Award of Additional Attorney Fees and Expenses (Docket # 280) and the Court's subsequent affirmation of this Recommended Decision (Docket # 283), the Motion for Entry of Final Judgment pursuant to Rule 54(b) (Docket # 277) is hereby MOOT.

The Court has hereby resolved all outstanding issues in this matter.  To the extent that the claims presented were not resolved via settlement,[1] the Clerk is hereby directed in accordance with Rule 58 to enter a final judgment in accordance with the August 4, 2004

---

[1] See  Stipulations of Dismissal (Docket #s 260 & 261); May 31, 2005 Report of Conference of Counsel & Order (Docket # 227) at 3 (reporting a settlement between Greenwich and Doten).

Order Accepting the Recommended Decision of the Magistrate Judge (Docket # 86), the December 5, 2005 Order Affirming the Recommended Decision of the Magistrate Judge (Docket # 274) and the March 30, 2006 Order Affirming the Recommended Decision of the Magistrate Judge (Docket # 283).

SO ORDERED.

                                                /s/ George Z. Singal
                                               Chief U.S. District Judge

Dated this 31st day of March, 2006.